# United States District Court
## Southern District of Georgia

Linda Marie Smith

JUDGMENT IN A CIVIL CASE

v.  CASE NUMBER: 4:16-cv-00031-WTM-GRS

Savannah Metro Police Department, et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this court's order entered 10/26/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the complaint without prejudice. This case stands closed.



10/26/2016  
*Date*

Scott L. Poff  
*Clerk*

*(By) Deputy Clerk*